■ In the Matter of LESLIE COLLETTI, Respondent, v THOMAS COLLETTI, Appellant.—In a support proceeding, the husband appeals from an order of the Family Court, Suffolk County, dated May 12, 1976, which, *inter alia,* directed him to pay $20 per week as support. Appeal dismissed, with costs. It appears that the order appealed from was entered with the consent of the

husband. His remedy is to move to vacate or resettle the order. Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.